

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00494-CR

James Cody **SPARKS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 213th District Court, Tarrant County, Texas
Trial Court No. 1215251D
The Honorable Louis E. Sturns, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 9, 2013.

Sandee Bryan Marion, Justice